# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

*UNITED STATES OF AMERICA*

v.

*LORENZO ROBERT JAMES*

**ELECTRONIC CRIMINAL COMPLAINT**

**CASE NUMBER:** 20-4245MJ

I, the undersigned, state under oath that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about July 12, 2020, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, LORENZO ROBERT JAMES, an Indian, did with malice aforethought, unlawfully kill M.J.

In violation of Title 18, United States Code, Sections 1153 and 1111.

I further state that I am a Special Agent of the Federal Bureau of Investigation, and that this Complaint is based on the following facts: **SEE ATTACHED AFFIDAVIT.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: *AUSA Tracy Van Buskirk*

TRACY VAN BUSKIRK
Digitally signed by TRACY VAN BUSKIRK
Date: 2020.09.18 12:38:41 -07'00'

__X__ Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.

Spencer Beardshall, Special Agent, FBI
Complainant's Name and Title

Complainant's Signature    9/18/2020
Date

__X__ Sworn by Telephone

_____
Date/Time

_____
Camille D. Bibles, U.S. Magistrate Judge
Name & Title of Judicial Office

Flagstaff, Arizona
City and State

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2020.09.18 16:59:28 -07'00'

Signature of Judicial Officer

CC: USM + PTS

DISTRICT OF ARIZONA

**ELECTRONICALLY SUBMITTED AFFIDAVIT**

I, **Spencer Beardshall**, being duly sworn, hereby depose and state the following:

1. Your Affiant is a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and is currently assigned to the Gallup, New Mexico, Resident Agency of the Phoenix, Arizona, FBI Field Division. In the course of his official duties, your Affiant is charged with the investigation of crimes occurring on the Navajo Indian Reservation within the Federal District of Arizona. In this regard, the following information was developed by your Affiant and other agents of the FBI and/or criminal investigators of the Navajo Department of Criminal Investigations (NDCI) Unit, in connection with the joint FBI/NDCI investigation into the murder of victim M.J., which occurred on or about July 12, 2020 at a residential home in Ganado, Arizona, within the exterior boundaries of the Navajo Indian Reservation in the District of Arizona.

2. The statements contained in this Affidavit are based in part on information provided to your Affiant, by Navajo Nation Criminal Investigator (CI) Samantha Yazzie, and other law enforcement officers, either directly or indirectly through their reports or affidavits, surveillance conducted by law enforcement officers, and information provided by witnesses. Your Affiant also relies on his experience, training, and background as a Special Agent with the FBI in evaluating this information, and in your Affiant's own work on this case.

1

3. Because this Affidavit is being submitted for the purpose of a Complaint, your Affiant has not included every fact known to your Affiant concerning this investigation. Your Affiant has set forth only the facts that your Affiant believes are necessary to establish probable cause for an arrest warrant.

## Introduction

4. On July 12, 2020, Navajo Nation Criminal Investigator (CI) Samantha Yazzie notified FBI SA Spencer Beardshall that a female later identified as M.J. was found deceased inside her residence. The murder occurred on the Navajo Indian Reservation (Indian Country) in the District of Arizona. Your Affiant makes this affidavit in support of obtaining a Complaint and arrest warrant for LORENZO ROBERT JAMES (hereinafter JAMES) with a date of birth in 1966, for the second degree murder of M.J., in violation of Title 18, United States Code, Section 1153 and 1111.

## Investigation

5. On July 12, 2020, around 3:45pm Navajo emergency services were dispatched and responded to M.J.'s residence located in Ganado, Arizona. Upon arrival, they discovered M.J., who was unresponsive and lying on the ground in a large amount of blood with multiple large lacerations on her back and head. First responders also encountered JAMES, who had a blood-like substance on his hands and face.

6. Navajo Nation Police arrived on scene and observed JAMES standing outside the house. According to the Navajo Nation Police report, JAMES showed the officer where M.J. was located inside the house. JAMES said two people did it, and used

2

an axe. JAMES began clinging to M.J., who was face down on the floor. JAMES was placed in handcuffs and removed from the residence. JAMES said "please let my mom live" and "those guys did it Darnell and a lady." JAMES exhibited signs of alcohol ingestion and impairment, including slurred speech, an odor of alcohol and he staggered while walking.

7. After JAMES was removed from the residence, medical personnel were able to place a monitor on M.J., which indicated no signs of life. M.J. had a date of birth in 1940, and was 80 years old at the time of her death.

8. Based upon interviews conducted with M.J.'s neighbors and family, it was learned that M.J. was the owner of the residence and the sole occupant of her house, however, JAMES lived nearby and would visit.

9. Witness A.B. told the Navajo Police that she was home all day. She heard someone yelling outside and saw JAMES coming toward her house. When he got halfway, he said to call the cops, M.J. is not breathing. A.B. called for the police and the ambulance.

10. Later on July 12, 2020, SA Spencer Beardshall interviewed A.B., who is M.J.'s neighbor. A.B. stated between approximately 3:00 PM and 4:00 PM she heard JAMES, who she referred to as M.J.'s son, yelling and screaming for help for his "mom" from the direction of M.J.'s residence. JAMES told A.B. that he and M.J. were cleaning inside of M.J.'s home when M.J. had fallen and was not breathing. A.B. also explained that JAMES was actually M.J.'s nephew, but based on Navajo culture was referred to as her son.

3

11.     To A.B.'s knowledge, nobody else was present at M.J.'s home throughout the late morning and afternoon. Earlier that morning, A.B. heard a truck drive by, but the truck left from the area shortly thereafter.

12.     On July 12, 2020, the FBI obtained a signed consent to search from next of kin for M.J.'s residence. During the search of M.J.'s house, the search team located and recovered M.J., who was deceased. M.J.'s body was found on the floor of the residence, in a large pool of blood with multiple injuries on the head, neck, and back. Also located during the search were a shovel, an axe, an axe with a red blood like substance, grey pants, and denim jeans with a red blood like substance.

13.     On July 12, 2020, SA Beardshall and CI Samantha Yazzie attempted to interview JAMES. JAMES was read the FD-395 Advice of Rights form, and agreed to speak with agents, and signed the form. JAMES also signed an FBI FD-26 Consent to Search form and provided buccal swabs and swabs of the red blood like substance on his hands. JAMES had a visible red blood like substance on both his hands and face. Photographs of JAMES's person were taken on scene by investigators. When asked if he had been drinking, JAMES responded, "No, I was drinking with her today." Due to the fact Lorenzo advised he had been drinking the interview was concluded.

14.     On July 13, 2020, SA Beardshall and CI Samantha Yazzie interviewed JAMES while he was in the Window Rock jail. JAMES was read the FD-395 Advice of Rights form, agreed to speak with agents, and signed the form. JAMES also signed an FD-26 Consent to Search form and provided buccal swabs and swabs of his hands.

JAMES had a visible injury on his left thumb, and JAMES stated he hit his thumb with his axe about a week ago when he was trying to fix a window. JAMES stated that he and M.J. had been drinking together for approximately a week. On July 12, 2020, they were drinking and started cleaning M.J.'s home, and clarified that only JAMES and M.J. were present when M.J. was injured. JAMES stated, "I hit her, I hit her." JAMES said he hit M.J. with an axe and believed he used the wooden axe. JAMES said he didn't mean to do that and shouldn't have. JAMES stated M.J. told JAMES somebody stole a meat leg from her and she blamed JAMES after he had been drinking with her all week. The meat leg was a mutton leg. JAMES told her he did not have it. M.J. also accused JAMES of stealing her wallet. M.J. told JAMES she was going to get something from the bedroom. JAMES said it happened fast. JAMES said he told M.J., "You ought to let me know," and then he hit her. JAMES said, "That was what I did." JAMES stated he was not sure it was an axe, he just hurried up and grabbed something. JAMES did not remember where he hit M.J. JAMES said M.J. was walking away when he hit her. JAMES recalled being upset with M.J. for blaming him. He recalled M.J. walking away and said she must have pushed the wrong buttons and that's when he reacted. JAMES believed he hit M.J. between 11:00 AM and 12:00 PM on July 12, 2020. JAMES said he did not recall what happened before the ambulance arrived. JAMES said he did not know what he was thinking, and said he was just totally lost. JAMES said he had not yet thought what to tell people. JAMES freaked out when he saw all of the blood and realized M.J. was laying there, motionless, and that was why he ran out and asked for help. JAMES said, "I'm

5

guilty for what happened. I'm mad about it and angry at myself, and stuff like that." JAMES further stated he was sorry for the lives he had ruined. JAMES said he would like to tell everybody back home he was, very sorry for what he did. JAMES said, "I know I can't take it back, and I have blood on my hands." JAMES said he was sorry from the bottom of his heart. JAMES did not know if people would ever forgive him and said he ruined a lot of lives. SA Beardshall observed that it did not appear that JAMES was under the influence of any drugs or alcohol during the interview. JAMES appeared to understand the questions asked of him and answered them appropriately. The interview was audio recorded and contains additional statements made by JAMES not included in the above statement.

15. The events described above occurred within the boundaries of Navajo Indian Reservation within the District of Arizona. During the course of the investigation, SA Spencer Beardshall obtained a Navajo Nation Certificate of Indian Blood for JAMES indicating JAMES was an enrolled member of the Nation Nation. Based upon the aforementioned information, your Affiant submits there is probable cause to believe that LORENZE ROBERT JAMES, an Indian male, has committed Murder in the Second Degree, in violation of 18 U.S.C. §§ 1153 and 1111.

16. This affidavit was sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is

6

true and correct.

*[signature]*
Special Agent Spencer Beardshall
Federal Bureau of Investigation

**Sworn by Telephone on** _____
Date/Time

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2020.09.18 16:58:35 -07'00'

HON. CAMILLE D. BIBLES
United States Magistrate Judge